# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

DOREL JENKINS,                 :    No. 60 EM 2020

                 Petitioner       :

                v.             :

COMMONWEALTH OF PENNSYLVANIA,    :

               Respondent     :

## ORDER

**PER CURIAM**

     **AND NOW**, this 13th day of October, 2020, the "King's Bench Petition - Motion for Extraordinary Relief" is DENIED.